CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

JAN 16 2013

JULIA C. DUDLEY, CLERK
BY: [signature]
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| **LAMAR DIXON,** | ) | **CASE NO. 7:12CV00205** |
| | ) | |
| **Petitioner,** | ) | |
| **v.** | ) | **FINAL ORDER** |
| | ) | |
| | ) | |
| **DIRECTOR, DEPARTMENT OF CORRECTIONS,** | ) | **By: Glen E. Conrad** |
| | ) | **Chief United States District Judge** |
| **Respondent.** | ) | |

In accordance with the accompanying memorandum opinion, it is hereby

**ADJUDGED AND ORDERED**

that the respondent's motion to dismiss and supplemental motion to dismiss (ECF Nos. 10 & 27) are **GRANTED**; the petition for a writ of habeas corpus, pursuant to 28 U.S.C. § 2254, as amended, (ECF Nos. 1, 24 & 26) is **DISMISSED**, and this action is stricken from the active docket of the court.

Further, finding that petitioner has failed to make a substantial showing of the denial of a constitutional right as required by 28 U.S.C. § 2253(c)(1), a certificate of appealability is **DENIED**.

**ENTER**: This 16th day of January, 2013.

[signature]
Chief United States District Judge

Case 7:12-cv-00205-GEC-RSB Document 32 Filed 01/16/13 Page 1 of 1 Pageid#: 235